PD-0474-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 12:36:45 PM
Accepted 1/8/2015 12:48:11 PM
ABEL ACOSTA
CLERK

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

---

**LAWRENCE DONOVAN,**
        **APPELLANT/PETITIONER,**

**v.**                                                        **No. PD-0474-14**

**THE STATE OF TEXAS,**
        **APPELLEE/RESPONDENT.**

---

### APPELLANT/PETITIONER'S MOTION FOR LEAVE TO FILE A RESPONSE TO STATE'S REPLY BRIEF ON THE MERITS

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Lawrence Donovan, Appellant/Petitioner, files this Motion requesting permission to file the Appellant/Petitioner's Response to State's Reply Brief on the Merits ("Response") received by the Court on December 30, 2014, and attached hereto. The tendered Response was deficient because it was submitted without a Motion for Leave to File.

The State of Texas ("State"), Appellee/Respondent, filed its Reply Brief on the Merits on December 17, 2014. The State does not oppose the granting of this Motion.

The purpose of the Response is to address a misstatement of the record in the State's Reply Brief.

---

This request for leave to file the attached Response is made in the interest of justice and not for the purpose of delay.

For these reasons, Appellant/Petitioner prays this Court grant his motion for leave and file his Response.

Respectfully Submitted,

*/s/ John H. Cayce, Jr.*
John H. Cayce, Jr.
State Bar No. 04035650
john.cayce@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9797

## CERTIFICATE OF CONFERENCE AND SERVICE

The undersigned certifies that that a true copy of this document has been e-served this 8th day of January 2015, to the appellate division of the Tarrant County District Attorney's Office a member of which (Charles Mallin) has no opposition to its granting.

*/s/ John H. Cayce, Jr.*
John H. Cayce, Jr.

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this document contains 132 words.

*/s/ John H. Cayce, Jr.*
John H. Cayce, Jr.

## IN THE TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

LAWRENCE DONOVAN
APPELLANT

V.                                                        No. PD-0474-14

THE STATE OF TEXAS
APPELLE

---

## APPELLANT/PETITONER'S RESPONSE TO STATE'S REPLY BRIEF ON THE MERITS

---

TO THE COURT OF CRIMINAL APPEALS:

The State strays far from the record on appeal in footnote 2 of its reply brief. No reference to the record is made by the State with respect to its claim that there is a second petition for expunction pending in another court involving the same charges, nor is there a reference to the record provided with respect to the State's claim that it find a general denial to that petition. The reason the State does not favor the court with record references with respect to those allegations is that those claims are outside the record.

Respectfully Submitted,

DAVID L. RICHARDS
State Bar No. 16845500
3001 West 5th Street, Suite 800
Fort Worth, Texas 76107
Phone: (817) 332-5567
Fax: (817) 885-7688
daverichards@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned, David Richards, certifies that that a true copy of this document has been e-served this 30th day of December 2014, appellate division of the Tarrant County District Attorney's Office.

DAVID L. RICHARDS

## CERTIFICATE OF COMPLIANCE

The undersigned, David Richards, certifies that this document contains 214 words.

DAVID L. RICHARDS